# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Omero Banuelos          Atty Name (if applicable): Omero Banuelos

Street Address: 2029 Century Park East, 1400    CA Bar No. (if applicable): 228267

Los Angeles, CA 90067          Atty Fax No. (if applicable): 800-930-7271

Filer's Telephone No.: (213) 457-7171

In re:
Pedro Salcido

Case No.: 6:14-bk-19098

Chapter 7 ✔   11 ___   13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ___    No ✔

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___   B ___   C ✔   D ___   E ___   F ___   G ___   H ___   I ___   J ___

Statement of Social Security Number(s) ___        Statement of Financial Affairs ___

Statement of Intention ___        Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Pedro Salcido _____, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 3/6/15

Debtor Signature

**FOR COURT USE ONLY**

Co-Debtor Signature

*SEE REVERSE SIDE**

B-1008 *Revised November 2011*

In re **Pedro Salcido**                                                                  Case No. _____
                                                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 650 Leigh Drive Claremont 3 bdrm Single Family Home | C.C.P. § 704.730 | $100,000.00 | $440,000.00 |
| Joint Checking and Savings - Wells Fargo | C.C.P. § 706.051 | $1,900.00 | $1,900.00 |
| Individual Checking and Savings | C.C.P. § 704.070 | $0.00 | |
| Bedroom, livingroom and dining furniture, computer, cell phone, television, dvd player | C.C.P. § 704.020 | $850.00 | $850.00 |
| Clothes | C.C.P. § 704.020 | $500.00 | $500.00 |
| CALPERS | C.C.P. § 704.110(b), Gov't Code § 21201 | $25,000.00 | $25,000.00 |
| Chevy Traverse 2010 | C.C.P. § 704.010 | $0.00 | $14,000.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $128,250.00 | $482,250.00 |